**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| **FORRESTER ENVIRONMENTAL SERVICES, INC.** and **KEITH E. FORRESTER,** | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )   Civil Action No. 1:10-cv-00154-JL<br>) |
| **WHEELABRATOR TECHNOLOGIES, INC.** | )<br>)<br>) |
| Defendant. | ) |

## PLAINTIFFS' ANSWER TO FIRST COUNTERCLAIM OF DEFENDANT

Plaintiffs Forrester Environmental Services, Inc. and Keith E. Forrester (collectively, "Plaintiffs") hereby answer the Counterclaim of Defendant Wheelabrator Technologies, Inc., as follows:

85. Plaintiffs deny the allegations of paragraph 85.

86. Plaintiffs deny the allegations of paragraph 86.

87. Plaintiffs deny the allegations of paragraph 87.

88. Plaintiffs deny the allegations of paragraph 88.

89. Plaintiffs deny the allegations of paragraph 89.

90. Plaintiffs deny the allegations of paragraph 90.

91. Plaintiffs deny the allegations of paragraph 91.

92. Plaintiffs deny the allegations of paragraph 92.

93. Plaintiffs deny the allegations of paragraph 93.

94. Plaintiffs deny the allegations of paragraph 94.

**As and for a first counterclaim**

95. Plaintiffs repeat and incorporate by reference their responses to paragraphs 85 - 94.

96. Plaintiffs deny the allegations of paragraph 96.

97. Plaintiffs deny the allegations of paragraph 97.

98. Plaintiffs deny the allegations of paragraph 98.

### First Affirmative Defense

The First Counterclaim fails to state a claim upon which relief may be granted.

### Second Affirmative Defense

The First Counterclaim is barred by the doctrine of laches.

WHEREFORE, Plaintiffs respectfully request that the First Counterclaim be dismissed and that Plaintiffs be awarded such other and further relief as the Court deems just.

> Respectfully submitted,
>
> FORRESTER ENVIRONMENTAL SERVICES, INC. and KEITH E. FORRESTER
>
> By Their Attorneys
> GALLAGHER, CALLAHAN & GARTRELL, PC

Dated: July 29, 2011     By:     /s/ Erik G. Moskowitz
> Michael R. Callahan (Bar No. 424)
> Erik G. Moskowitz (Bar No. 18961)
> 214 N. Main Street
> Concord, NH 03302-1415
> 603-228-1181
> callahan@gcglaw.com
> moskowitz@gcglaw.com
>
> OF COUNSEL:
>
> Sibley P. Reppert
> Michael J. Markoff
> Pearl Cohen Zedek Latzer LLP
> 50 Congress Street, Suite 1010

Boston, MA 02109
(617) 228-5725
(617) 228-5721 fax
SibleyR@pczlaw.com
mmarkoff@verizon.net

Clyde A. Shuman
Pearl Cohen Zedek Latzer LLP
1500 Broadway, 12th Floor
New York, NY 10036
(646) 878-0800
Fax (646) 878-0801
ClydeS@pczlaw.com

Attorney for Plaintiffs Forrester
Environmental Services, Inc. and
Keith E. Forrester

CERTIFICATE OF SERVICE

I, Erik G. Moskowitz, hereby certify that a copy of the foregoing Answer was sent this date via ECF to counsel of record.

Dated: July 29, 2011          By:    /s/ Erik G. Moskowitz
                                     Erik G. Moskowitz