TO: 石輪戰場之黃子振   FROM: 國瑞大地 張小姐

# 台中商業銀行
## TAICHUNG COMMERCIAL BANK

匯出匯款　(V) 賣匯水單　USD　10,150.00　已發匯
　　　　　( ) 其他交易憑證
　　　　　( ) 議題外匯交割
　　　　　原契約書號碼：

VER. NO: 01-01
幣　別：USD
單　位：092 台北分行

日　期：NOV. 26, 2004

編十匯款編號：　　受款地區類別：　　匯款總額：
NOAFT74C207D　　US 美國　　　　　10,150.00

匯款人名稱：　　　　匯款方式及去處：
國瑞大地環保事業股份有限公司　■ 電匯　☐ 票匯　☐ 信匯
KORIN ENVIRONMENTAL ENTERPRISE CO.,　■ 匯往國外 USD 10,150.00
統一編號：34149369　　　　　☐ 匯往國內他行
外匯存款帳號：　　　　　　　　☐ 旅行支票
　　　　　　　　　　　　　　☐ 外幣現鈔
匯款分類名稱及編號：　　　　　☐ 存入外匯存款
701 未進口之貨款　　　　　　☐ 其他

(如係給付本國進口適用之進口貨款請勾下欄)
☐ 700 已進口　　■ 701 未進口

國外受款人身分別：　　　　　　■ 以新臺幣結購　　聯證字號：
☐ 政府　☐ 公營事業　■ 民間　　金額：USD　10,150.00
　　　　　　　　　　　　　　　台幣價款：
受款人：　　　　　　　　　　　☐ 由外幣存款提出
5300100455　　　　　　　　　金額：
FORRESTER ENVIRONMENTAL SERVICES　☐ 外幣現鈔
INC.　　　　　　　　　　　　金額：
　　　　　　　　　　　　　　☐ 旅行支票
受款銀行：　　　　　　　　　　金額：
//FW011401533　　　　　　　☐ 出口或購入條匯
CITIZENS BANK, USA　　　　　金額：
　　　　　　　　　　　　　　☐ 其他

存匯銀行　　　　　　　　　　　匯率：@ 32.202000
MRMXUS33　HSBC BANK USA (FORMERLY MARINE)　折合新臺幣 TWD　326,850
客戶通性：　　　　　　　　　　手續費　TWD　　50
銀行摘記：　　　　　　　　　　郵電費　TWD　　300
　　　　　　　　　　　　　　　經辦　TWD　　350
　　　　　　　　　　　　　　　合計　TWD　327,200

主管：　　　　　　　　　覆核：　　填製：

[stamp: 台中商業銀行 台北分行 F 93 11 26 F]

台中商業銀行台北分行
收據印花稅總繳
共款人：　陳世忠

CONFIDENTIAL    TYT01423

To: 陳名喬總經理
國鼎大地環保
cc: 施堅仁處長
P. Y2

## PRO FORMA INVOICE

**Contract No:** Kobin – 10/29/04

**Date:** October 29, 2004

**The Buyer:** KOBIN ENVIRONMENTAL ENTERPRISE CO., LTD.
10 F., No. 67
Guang-Fu, S. Rd., Sangshan District,
Taipei City 105, Taiwan (R.O.C.)
TEL: 02-2570-5822, FAX: 02-2570-8811

**The Seller:** Forrester Environmental Services, Inc.
78 Tracy Way
Meredith, New Hampshire 03253 USA
TEL: 603.279.3407, FAX: 603.279.5162

This Contract is made by and between the Buyer and Seller, whereby the Buyer agrees to buy and the Seller agrees to sell the under-mentioned commodity according to the terms and conditions stipulated below:

1. **Commodity and Value:** One (1) 20 foot shipping container with 16 US tons (14.5 Metric tons) FESI-BOND® DRY-W (DiCalcium Phosphate DiHydrate Powder). Packaged in one (1) short ton supersacks. Ash TCLP Pb stabilizer. Cost $700.00 USD per metric ton. Total value $10,150.00 USD CIF Taiwan. Non-hazardous material.

2. **Country of Origin:** USA

3. **Packing:** One (1) ton supersacks. Standard sea dry freight packing.

4. **Insurance:** To be covered by Seller

5. **Terms of Payment:** 100% Pre-pay - Wire to FESI Account

6. **Time of Shipment:** Next available

7. **Port of Shipment:** Boston, Massachusetts, USA

8. **Port of Destination:** Keelung seaport, Taiwan

9. **Seller's Bank:** Citizens Bank (603.279.3500)
66 Rte 25, Meredith, New Hampshire 03253
US Account No: 3300100455, Routing No: 011401533

Pro Forma Invoice
Forrester Environmental Services, Inc.

KEF
10/29/04

CONFIDENTIAL    TYT01424

PHONE NO. : 6232795162          Oct. 29 2004 03:24PM P3

To: P常先秦總經理
國賓大地平東
cc: 施聖仁委員

10. Warranty: Seller guarantees that all material furnished to be free from defects.

11. Force Majeure: Should the late delivery or non-delivery of product be resulted in an accident which is unforeseen and unpreventable, the Seller shall advise the Buyer immediately of such occurrence within fourteen (14) business days thereafter, and shall send to Buyer for their acceptance a certificate issued by competent government authorities of the place where the accident occurred as evidence thereof. However, the Seller is still under obligation to take all necessary measures to hasten the delivery of the goods. In case the accident lasts more than three (3) months, the Buyer shall have the right to cancel this Contract.

12. Bankruptcy: Should either party between Seller and Buyer go bankrupt, the other party has the right to stop executing the Contract and also has priority to refund the prepayment or claim the return of the goods which have not been paid.

13. Arbitration: All disputes in connection with this Contract or the executive thereof shall be settled through friendly negotiations. In case no settlement can be reached through negotiation, the case should be submitted for arbitration to the Fair Trade Commission, Executive Yuan, R.O.C. in accordance with the rules of the said Commission. The decision rendered by the said commission shall be final and binding upon both parties. The arbitration fee shall be borne by the losing party.

14. Miscellaneous:
14.1 The present Contract is worked out in English in three original, each party holds on copy.
14.2 All appendices of the present Contract are integral parts of this Contract and shall have the same force as the Contract itself.
14.3 All amendments, supplements, and alterations to the terms and conditions of the present Contract shall be made in English and signed by the authorized representatives of both parties and thereafter shall form integral parts as the present Contract and shall have the same force as the Contract itself.

This Contract is made out three (3) original copies, one copy to be held by each party in witness thereof:

Seller: _____ 10/29/04     Buyer:

Pro Forma Invoice
Formosa Environmental Services, Inc.

CONFIDENTIAL    TYT01425

TO:
Dr. Hangshin Shih
TYT INTERNATIONAL, INC.
250 Baldwin Avenue, New Milford, New Jersey 07646
TEL:201-265-8676 Fax:201-265-7779
Email:bigstone@optonline.net

From: Kobin Jerry Chen
By fax: total 9 pages

Feb 10, 2006

Dr. Hangshin Shih:

How are you doing!

Please pass forward the following issues to FESI:

1.  With respect to certified documents of FESI project reference contracts sent to KOBIN by mail:

As mentioned during the KOBIN and FESI meeting at Taiwan Yingge last month (Jan. 06), "FESI will send KOBIN the certified documents of project reference contracts" please update the status now? Dr. Shih should still remember from what FESI told KOBIN that it would take about one month to complete the document certification, therefore we estimated that it should have been done by now, please ask FESI to send KOBIN by mail ASAP those relative documents as discussed and agreed during the meeting last month.

2.  Please ask FESI to provide the detailed content (i.e., claim) of Patent Applications listed in the FESI-KOBIN Agreement

Because of worrying about the concerns over infringement of WHEELABRATOR phosphoric acid agent, we hope that FESI can provide the detailed content (i.e., claim) of Patent Applications listed in the FESI-KOBIN Agreement. As far as this issue is concerned, we understand that we both parties have contacted many times, but as we have stressed all the time: Before we obtain (we haven't got) the written content of FESI patent applications, what we have relied on are only those numbers of patent applications listed in the Exhibit A of the FESI-KOBIN Agreement and those abstracts of various FESI patents you mailed to KOBIN earlier. Furthermore, given the fact that KOBIN has signed the agreement with FESI and has purchased in compliance with the agreement, we hope that FESI will provide the detailed content of technologies in the Patent Applications.

CONFIDENTIAL    TYT01426

3.   Chinese explanation/translation of technology content of US Patent No. 5245114 (i.e., the patent number of WHEELABRATOR phosphoric acid agent KOBIN used before)

As far as we know, the WHEELABRATOR patented technology used by KOBIN before uses phosphoric acid agent, and the technology used in the KOBIN - FESI agreement is phosphate salt type agent. As Dr. Shih should know, we have always been concerned over whether the technology supplied by FESI to KOBIN in compliance with the agreement would fall into the coverage of WHEELABRATOR's technology or not because of both belonging to phosphate salt type, and that would consequently cause KOBIN into troubles of agreement/infringement, since the inventor of the patent is Mr. Keith E. Forrester, FESI should best understand the content of the patented technology, Dr. Shih, could you please explain in Chinese (or even translate into Chinese) the technology content (i.e., what type of salts are covered?....claim part, etc.) of the patent document (see details in the attached, downloaded from USPTO website) for us to further understand.

4.   Last, with respect to certification of company information about FESI:

The other day we asked Dr. Shih to pass the message to and inform FESI regarding certification of company information about FESI, please ask FESI to mail it to KOBIN if it was done.

Dr. Shih, please kindly assist to take care of the issues as listed above. Before then if you need any assistance or further explanation from Kobin, please do not hesitate to contact with me.

Thanks!   Regards,

Sincerely yours,


Jerry Chen

General Manager
Kobin Environmental Enterprise Co. Ltd.
Tel: +886-2-7475589 #200
Cell Phone: 0937-509-696
Email: ck818@kobin.com.tw

CONFIDENTIAL   TYT01427