**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| FORRESTER ENVIRONMENTAL<br>SERVICES, INC. and<br>KEITH E. FORRESTER,<br><br>      Plaintiffs,<br><br>      v.<br><br>WHEELABRATOR TECHNOLOGIES,<br>INC.<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Civil Action No. 1:10-cv-00154-JL |

**ASSENTED TO MOTION FOR LEAVE TO FILE FOR LEAVE TO REPLY OR OBJECT TO DEFENDANT'S "SUPPLEMENT TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AS TO COUNTS I, II AND III"**

Plaintiffs Forrester Environmental Services, Inc. and Keith E. Forrester (collectively, "Plaintiffs") hereby respectfully move this Court for leave to reply or object to Defendant Wheelabrator Technologies, Inc.'s ("WTI's") "SUPPLEMENT TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AS TO COUNTS I, II AND III" (Doc. No. 102-1, filed September 6, 2011, WTI's motion for leave to file the "SUPPLEMENT" granted by Endorsed Order on September 14, 2011).

WTI's "SUPPLEMENT" raises new factual issues and arguments which could not have been addressed previously by Plaintiffs.  Plaintiffs thus seek leave to reply or object to WTI's "SUPPLEMENT."

WTI assents to the relief sought by this motion.

WHEREFORE, Plaintiffs respectfully requests that this Court enter an Order granting them leave to reply or object to the "SUPPLEMENT TO DEFENDANT'S MOTION FOR

SUMMARY JUDGMENT AS TO COUNTS I, II AND III" (Doc. No. 102-1, filed September 6, 2011 by Defendant WTI.

Pursuant to Local Civil Rule 7.1(c), Plaintiffs hereby certify to the court that a good faith attempt has been made to obtain assent to the relief sought.  WTI's counsel has assented to the requested relief.

Pursuant to Local Civil Rule 7.1(a)(2), no memorandum of law is submitted herewith as the relief requested is within the sound discretion of the Court.

<div style="margin-left:40%">

Respectfully submitted,

FORRESTER ENVIRONMENTAL SERVICES,
INC. and KEITH E. FORRESTER

By Their Attorneys
GALLAGHER, CALLAHAN & GARTRELL, PC

</div>

Dated:  September 15, 2011     By:     /s/ Erik G. Moskowitz

<div style="margin-left:40%">

Michael R. Callahan (Bar No. 424)
Erik G. Moskowitz (Bar No. 18961)
214 N. Main Street
Concord, NH 03302-1415
603-228-1181
callahan@gcglaw.com
moskowitz@gcglaw.com

OF COUNSEL:

Sibley P. Reppert
Michael J. Markoff
Pearl Cohen Zedek Latzer LLP
50 Congress Street, Suite 1010
Boston, MA 02109
(617) 228-5725
(617) 228-5721 fax
SibleyR@pczlaw.com
mmarkoff@verizon.net

</div>

Clyde A. Shuman
Pearl Cohen Zedek Latzer LLP
1500 Broadway, 12th Floor
New York, NY 10036
(646) 878-0800
Fax (646) 878-0801
ClydeS@pczlaw.com

Attorney for Plaintiffs Forrester
Environmental Services, Inc.  and
Keith E. Forrester

## CERTIFICATE OF SERVICE

I, Erik G. Moskowitz, hereby certify that a copy of the foregoing was sent this date via ECF to counsel of record.


Dated:  September 15, 2011                  By:     /s/ Erik G. Moskowitz
                                                    Erik G. Moskowitz