UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
FORRESTER ENVIRONMENTAL SERVICES, :
INC., et al.,
: 
              Plaintiffs,
:   CASE NO. 10-CV-154-JL
   vs.
:
WHEELABRATOR TECHNOLOGIES, INC.,
:
              Defendant.
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF CONVENTIONAL FILING**

Please take notice that defendant Wheelabrator Technologies Inc. has conventionally filed the following:

    1.    Exhibit D to Defendant's Motion to Preclude Opinion Evidence of Philip Saunders, Jr., Ph.D.

Respectfully submitted,

**WHEELABRATOR TECHNOLOGIES INC.**

By its attorneys,

**DEVINE, MILLIMET & BRANCH, PROFESSIONAL ASSOCIATION**

Dated: September 20, 2011

/s/ Steven E. Grill
Steven E. Grill (Bar No. 7896)
Jonathan M. Shirley (Bar No. 16494)
111 Amherst Street
Manchester, New Hampshire 03101
Telephone: 603.669.1000
Facsimile: 603.669.8547
sgrill@devinemillimet.com
jshirley@devinemillimet.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Conventional Filing was filed this day served via the Court's Electronic Case Filing system, and served upon counsel for the above-named Plaintiffs via that system.

Dated: September 20, 2011

/s/ Steven E. Grill
Steven E. Grill