UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
FORRESTER ENVIRONMENTAL SERVICES,   :
INC., et al.,
                                    :
              Plaintiffs,
                                    :   CASE NO. 10-CV-154-JL
    vs.
                                    :
WHEELABRATOR TECHNOLOGIES, INC.,
                                    :
              Defendant.
                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## NOTICE OF CONVENTIONAL FILING

Please take notice that defendant Wheelabrator Technologies Inc. has conventionally filed the following:

1. Exhibit H to Defendant's Motion to Preclude Opinion Evidence of Philip Saunders, Jr., Ph.D.

Respectfully submitted,

**WHEELABRATOR TECHNOLOGIES INC.**

By its attorneys,

**DEVINE, MILLIMET & BRANCH,
PROFESSIONAL ASSOCIATION**

Dated: September 20, 2011

/s/ Steven E. Grill
Steven E. Grill (Bar No. 7896)
Jonathan M. Shirley (Bar No. 16494)
111 Amherst Street
Manchester, New Hampshire 03101
Telephone: 603.669.1000
Facsimile: 603.669.8547
sgrill@devinemillimet.com
jshirley@devinemillimet.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Conventional Filing was filed this day served via the Court's Electronic Case Filing system, and served upon counsel for the above-named Plaintiffs via that system.

Dated: September 20, 2011

/s/ Steven E. Grill
Steven E. Grill