UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Forrester Environmental
Services, Inc. and Keith E.
Forrester

    v.                                  Civil No. 10-cv-154-JL

Wheelabrator Technologies, Inc.


**O R D E R**

On May 8, 2012, this court issued an order directing plaintiffs to show cause as to why summary judgment should not be entered for the defendant on their claims for tortious interference with contractual relationship and tortious interference with prospective advantage.  After reviewing the parties' submissions, the court concludes that plaintiffs have not shown cause, and therefore grants summary judgment in favor of the defendant on those claims.  An order explaining this conclusion will follow.

    **SO ORDERED.**

                                                        _____
                                                        Joseph N. Laplante
                                                        United States District Judge

Dated: June 29, 2012

cc:  Erik Graham Moskowitz, Esq.
     Michael J. Markoff, Esq.
     Sibley P. Reppert, Esq.
     Steven E. Grill, Esq.
     Jonathan M. Shirley, Esq.